# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00403-CV

**In re Cleo Petricek**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

 

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: August 27, 2021